

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00598-CV

**IN THE INTEREST OF J.C.W. AND I.O.W., CHILDREN**
Appellant

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-015
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

The notification of late record filed by the court reporter on September 20, 2019 is **DENIED AS MOOT**.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk